UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARIA FOMICH                                                            CIVIL ACTION

VERSUS                                                                        NO. 22-4580

BUILT TO LAST ROOFING, INC., ET AL.                      SECTION A (1)

## ORDER AND REASONS

The following motion is before the Court: **Motion for Summary Judgment (Rec. Doc. 59)** filed by defendant, Louisiana Insurance Guaranty Association ("LIGA"). The plaintiff, Maria Fomich, opposes the motion. The motion, noticed for submission on June 25, 2025, is before the Court on the briefs without oral argument.

The plaintiff, Maria Fomich, filed this action for damages sustained to her Orleans Parish property during Hurricane Ida. The property suffered significant roof damage during Ida for which the plaintiff engaged the defendant, Built to Last Roofing, Inc. ("BTL") to repair. BTL began the repairs but in the process left the open roof exposed to the elements (untarped). A significant rainstorm occurred that then inflicted significant additional damage to the plaintiff's property. This lawsuit ensued against BTL and its insurer, as well as LIGA, the latter of which has stepped in for the plaintiff's insolvent homeowner's insurer, United Property & Casualty Insurance Co.

LIGA moves for summary judgment arguing that there is no coverage under the homeowner's policy for the rain damage caused by BTL's negligence.

The plaintiff responds by asking the Court to deny the instant motion as premature because she has not been given the opportunity to depose LIGA's adjuster, and because she continues to conduct discovery. Plaintiff advises that she was met with this motion for summary judgment when she sought dates for the adjuster's deposition, and that the magistrate judge had

to intervene in order to schedule the deposition. The adjuster's deposition is now set for July 9, 2025. Also, a settlement conference is scheduled for July 21, 2025. (Rec. Doc. 58, Order).

The Court agrees that LIGA's motion is premature given that the adjuster has not been deposed. Further, the Court will not entertain a re-urged motion for summary judgment by LIGA until after the parties participate in good faith in the upcoming settlement conference.

Accordingly, and for the foregoing reasons;

**IT IS ORDERED** that the **Motion for Summary Judgment (Rec. Doc. 59)** filed by defendant, Louisiana Insurance Guaranty Association, is **DENIED**.

July 3, 2025

_____
JUDGE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE